AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Ian Alan Olson<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-846M(NJ) |



## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Ian Alan Olson ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1389(a): Prohibition on attacks on United States servicemen on account of service.
18 USC 111(a): Assaulting, resisting, or impeding certain officers or employees.

Date: March 19, 2021

_Issuing officer's signature_

City and state:  Milwaukee, WI

U.S. Magistrate Judge Nancy Joseph
_Printed name and title_

### Return

This warrant was received on _(date)_ 3/19/2021 , and the person was arrested on _(date)_ 3/19/2021
at _(city and state)_ Nashotah, WI .

Date: 3/19/2021

_Arresting officer's signature_

Christopher Nichols - FBI SA
_Printed name and title_